UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARCIA L. CZAPELSKI, | : | |
| | : | Civil Action No.  10-2218 (SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THE OFFICE OF ATTORNEY ETHICS, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CHESLER, U.S.D.J.**

This matter having been brought before this Court on the application by Plaintiff Michael Ray Aquino to proceed <u>in forma pauperis</u> without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit of indigence demonstrating her eligibility; and good cause appearing,

**IT IS** on this 5th day of May, 2010

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u>, pursuant to 28 U.S.C. § 1915(a), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendants, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

    s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.